```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO.  08 B 18235
     BERNARD BRYAN
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-2955


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/16/2008 and was not confirmed.

     The case was dismissed without confirmation 10/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-------------------------------------------------------------------------------
HOUSEHOLD FINANCE CORPOR  MORTGAGE NOTI  NOT FILED            .00            .00
HOUSEHOLD FINANCE CORPOR  CURRENT MORTG        .00            .00            .00
HOUSEHOLD FINANCE CORPOR  SECURED NOT I        .00            .00            .00
INDYMAC BANK              CURRENT MORTG        .00            .00            .00
INDYMAC BANK              MORTGAGE ARRE   22000.00            .00            .00
INDYMAC BANK              MORTGAGE NOTI  NOT FILED            .00            .00
ALLIED GROUP MORTGAGE     MORTGAGE NOTI  NOT FILED            .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE NOTI  NOT FILED            .00            .00
DEUTSCHE BANK             CURRENT MORTG        .00            .00            .00
WASHINGTON MUTUAL BANK    CURRENT MORTG        .00            .00            .00
WELLS FARGO HOME MTG      MORTGAGE NOTI  NOT FILED            .00            .00
WASHINGTON MUTUAL         MORTGAGE NOTI  NOT FILED            .00            .00
AMERICAN EXPRESS          UNSECURED      NOT FILED            .00            .00
CHASE BANK USA NA         UNSECURED       12965.28            .00            .00
CITIBANK NA               UNSECURED      NOT FILED            .00            .00
CITIFINANCIAL             MORTGAGE NOTI  NOT FILED            .00            .00
DSNB MACYS                UNSECURED      NOT FILED            .00            .00
HFC                       UNSECURED      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         775.74            .00            .00
WASHINGTON MUTUAL BANK    SECURED NOT I    5438.42            .00            .00
AMERICAS SERVICING COMPA  MORTGAGE NOTI  NOT FILED            .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE        .00            .00            .00
COUNTRYWIDE HOME LOANS I  MORTGAGE NOTI  NOT FILED            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   11167.53            .00            .00
AMERICAN HOME MORTGAGE    CURRENT MORTG        .00            .00            .00
AMERICAN HOME MORTGAGE    SECURED NOT I   16210.99            .00            .00
DEUTSCHE BANK             MORTGAGE ARRE   23161.19            .00            .00
INDYMAC BANK              MORTGAGE NOTI  NOT FILED            .00            .00
INDYMAC BANK              MORTGAGE NOTI  NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED            .00            .00
LINDA GRAHAM              NOTICE ONLY    NOT FILED            .00            .00
MARY BOLLINA              NOTICE ONLY    NOT FILED            .00            .00
NYKETTIA VEN              NOTICE ONLY    NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 18235 BERNARD BRYAN
```

```
AMERICAN HOME MORTGAGE     MORTGAGE NOTI NOT FILED              .00              .00
WELLS FARGO HOME MORTGAG   MORTGAGE NOTI NOT FILED              .00              .00
HSBC FINANCE CORPORATION   MORTGAGE NOTI NOT FILED              .00              .00
PHILIP A IGOE              DEBTOR ATTY          .00                               .00
TOM VAUGHN                 TRUSTEE                                                .00
DEBTOR REFUND              REFUND                                           3,475.00

       Summary of Receipts and Disbursements:
   -----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
   -----------------------------------------------------------------------------
TRUSTEE                 3,475.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                3,475.00
                     ---------------      ---------------
TOTALS                  3,475.00             3,475.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
     Dated: 01/27/09           _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE